UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00635 AG (ADSx) | Date | June 17, 2019 |
|---|---|---|---|
| Title | THERESA BROOKE V. SUNSTONE VON KARMAN, LLC | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING ORDER TO SHOW CAUSE**

Plaintiff Theresa Brooke, through her counsel, Peter Strojnik, has filed this case alleging violations of the Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act. Plaintiff's claims rest solely on her allegation that she tried to book a hotel room with a pool view at Defendant Sunstone Von Karman, LLC's hotel, but couldn't because Defendant didn't have any such rooms available that were ADA accessible.

Mr. Strojnik failed to appear at a recent scheduling conference in this case. So the Court issued an order to show cause why this case shouldn't be dismissed for reasons including the failure to appear and the failure to prosecute, and set the hearing for that order to show cause on June 3, 2019. Plaintiff then asked the Court to continue that hearing to June 17, 2019 because of a family vacation he claims he didn't know about. The Court continued the hearing to Mr. Strojnik's requested date. Mr. Strojnik then requested the hearing be continued a second time. Mr. Strojnik provided no supporting declaration for this request. He also stated that he could appear telephonically. The Court allowed Mr. Strojnik to appear telephonically.

At the telephonic hearing, the Court informed Mr. Strojnik that its tentative decision was to dismiss the case on the order to show cause. The Court invited Mr. Strojnik to argue against dismissal. Mr. Strojnik stated he had no arguments. Soon after, the line oddly went silent. No dial tone. No other noise. Just silent. The Courtroom Deputy attempted to regain contact with Mr. Strojnik, but Mr. Strojnik couldn't be reached. So with a courtroom full of attorneys, the Court needed to move on to the next matter.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00635 AG (ADSx) | Date | June 17, 2019 |
|---|---|---|---|
| Title | THERESA BROOKE V. SUNSTONE VON KARMAN, LLC | | |

For the reasons stated during the hearing, the Court DISMISSES this case. The pending motion for default judgment is denied as moot.

                                                     : 0

Initials of Preparer    mku