UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-00635-JLS-ADS                                        Date: July 20, 2020
Title: Theresa Brooke v. Sunstone Von Karman, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

On July 2, 2020, the Court ordered Plaintiff to file a revised proposed order on Plaintiff's motion (application) for default judgment compliant with the Court's procedures within fourteen (14) days. As of the issuance of this Order, Plaintiff's counsel has not done so.

Counsel is therefore ORDERED to show cause, **within three (3) days of the date of this Order**, why the Court should not issue sanctions against him for failure to comply with a Court Order. Any submission by counsel should not exceed five (5) pages, and failure to respond will result in sanctions, up to and including dismissal.

Initials of Preparer: _____