JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:19-cv-00635-JLS-ADS            Date: September 25, 2020
Title: Theresa Brooke v. Sunstone Von Karman, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                     Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH THE COURT'S ORDER**

       On August 25, 2020, the Court denied Plaintiff's application for default judgment and gave Plaintiff leave to amend. (Doc. 38.) Plaintiff failed to amend by the stated deadline. On September 16, 2020, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute. (Doc. 39.) To date, the Court has not received a response from Plaintiff. Accordingly, the Court DISMISSES the action for failure to prosecute and for failure to comply with the Court's order, and directs the clerk to close the case.

                                                                             Initials of Preparer: mku